IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–10–M–DWM |
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| DEREK ALAN DEMBOWSKI, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 34.) On July 2, 2019, Defendant Derek Alan Dembowski entered a plea of guilty to Counts IV and V of the Indictment. He also admitted the forfeiture allegation. Dembowski's plea and the plea agreement provide a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a)(7) and (11), and 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that the motion (Doc. 34) is GRANTED. Derek Alan Dembowski's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a)(7) and (11), and 18 U.S.C. § 924(d):

1. Marlin Firearms Company, model 60, .22LR caliber, semiautomatic rifle, serial number 24337121;

2. Savage Arms Company, Model 99, .300 Savage Caliber, lever action rifle, serial number 671051;

3. Harrington and Richardson brand, M1 Garand model, .30-06 Springfield caliber, semiautomatic rifle, serial number 5722459;

4. Smith and Wesson/Thompson Center brand, Compass model, 7mm Remington Magnum caliber, bolt action rifle, serial number U222304;

5. Anderson Manufacturing, AM-15 model, 5.56 NATO caliber, semiautomatic rifle, serial number 16062416;

6. Sturm, Ruger and Company, model 10/22, .22LR caliber, semiautomatic rifle, serial number 823-75939;

7. Sturm, Ruger and Company, model 10/22, .22LR caliber, semiautomatic rifle, serial number 118-18563;

8. Taurus brand, model S201220S, 20 gauge, break open shotgun, serial number 5GY123427;

9. Marlin Firearms Company, Model 60SS, .22LR caliber, semiautomatic rifle, serial number MM78229J;

10. Magnum Research Inc, model MLR 1722, .22 LR caliber, semiautomatic rifle, serial number ML01331;

11. Winchester Repeating Arms Company, Model 70, .30-06 Springfield caliber, bolt action rifle, serial number G1921065;

12. Browning Arms Company, unknown model, 12 gauge, semiautomatic shotgun, serial number 294056;

13. Sturm, Ruger and Company, model M77, .270 Winchester caliber, serial number 77-80613;

14. Remington Arms Company, model 870, 20 gauge, pump action shotgun, serial number RS66436H;

15. Winchester Repeating Arms Company, Model 1200, 12 gauge, pump

action, serial number L1283996;

16. Raven Arms brand, model MP25, .25 ACP caliber, semiautomatic pistol, obliterated serial number;

17. Taurus brand, model PT845, .45 ACP caliber, semiautomatic pistol, serial number NGS03519;

18. Smith and Wesson brand, model SD9VE, 9mm Luger caliber, serial number FXZ2739;

19. Glock brand, Model 22, .40 S&W caliber, semiautomatic pistol, serial number serial number BRS364;

20. Jimenez Arms company, Model J.A. 22, .22LR caliber, semiautomatic pistol, serial number 1186643;

21. Century Arms International brand, model RAS47, 7.62x39mm caliber, semiautomatic rifle, serial number RAS47057509, and thousands of rounds of ammunition;

22. Hermann Weihrauch manufactured, model HW38, .357 magnum caliber, revolver, serial number 578276;

23. Hermann Weihrauch manufactured, model HW38, .357 magnum caliber, revolver, serial number 1094745;

24. 3707 rounds of various calibers of ammunition; and

25. $4746.06 of United States Currency.

The Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshals Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described

3

property and shall post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2, in which all interests will be addressed.

DATED this 9th day of July, 2019.

15:55 P.M.

Donald W. Molloy, District Judge
United States District Court