

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK ALAN DEMBOWSKI,<br><br>Defendant. | CR 19–10–M–DWM<br><br>FINAL ORDER<br>OF FORFEITURE |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 38.) Having reviewed the motion, the Court finds:

1    The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a)(7) and (11), and 18 U.S.C. § 924(d).

2.    A preliminary order of forfeiture was entered on July 9, 2019. (Doc. 36.)

3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 37.)

4.    It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a)(7) and (11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1.    The motion for final order of forfeiture (Doc. 38) is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a)(7) and (11), and 18 U.S.C. § 924(d), free from the claims of any other party:

1. Marlin Firearms Company, model 60, .22LR caliber, semiautomatic rifle, serial number 24337121;

2. Savage Arms Company, Model 99, .300 Savage Caliber, lever action rifle, serial number 671051;

3. Harrington and Richardson brand, M1 Garand model, .30-06 Springfield caliber, semiautomatic rifle, serial number 5722459;

4. Smith and Wesson/Thompson Center brand, Compass model, 7mm Remington Magnum caliber, bolt action rifle, serial number U222304;

5. Anderson Manufacturing, AM-15 model, 5.56 NATO caliber, semiautomatic rifle, serial number 16062416;

6. Sturm, Ruger and Company, model 10/22, .22LR caliber, semiautomatic rifle, serial number 823-75939;

7. Sturm, Ruger and Company, model 10/22, .22LR caliber, semiautomatic rifle, serial number 118-18563;

8. Taurus brand, model S201220S, 20 gauge, break open shotgun, serial number 5GY123427;

9. Marlin Firearms Company, Model 60SS, .22LR caliber, semiautomatic rifle, serial number MM78229J;

10. Magnum Research Inc, model MLR 1722, .22 LR caliber, semiautomatic rifle, serial number ML01331;

11. Winchester Repeating Arms Company, Model 70, .30-06 Springfield caliber, bolt action rifle, serial number G1921065;

12. Browning Arms Company, unknown model, 12 gauge, semiautomatic shotgun, serial number 294056;

13. Sturm, Ruger and Company, model M77, .270 Winchester caliber, serial number 77-80613;

14. Remington Arms Company, model 870, 20 gauge, pump action shotgun, serial number RS66436H;

15. Winchester Repeating Arms Company, Model 1200, 12 gauge, pump action, serial number L1283996;

16. Raven Arms brand, model MP25, .25 ACP caliber, semiautomatic pistol, obliterated serial number;

17. Taurus brand, model PT845, .45 ACP caliber, semiautomatic pistol, serial number NGS03519;

18. Smith and Wesson brand, model SD9VE, 9mm Luger caliber, serial number FXZ2739;

19. Glock brand, Model 22, .40 S&W caliber, semiautomatic pistol, serial number serial number BRS364;

20. Jimenez Arms company, Model J.A. 22, .22LR caliber, semiautomatic pistol, serial number 1186643;

21. Century Arms International brand, model RAS47, 7.62x39mm caliber, semiautomatic rifle, serial number RAS47057509, and thousands of rounds of ammunition;

22. Hermann Weihrauch manufactured, model HW38, .357 magnum caliber, revolver, serial number 578276;

23. Hermann Weihrauch manufactured, model HW38, .357 magnum caliber, revolver, serial number 1094745;

24. 3707 rounds of various calibers of ammunition; and

25. $4746.06 of United States Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 26th day of September, 2019.

_____ 09:09 A.M.
Donald W. Molloy, District Judge
United States District Court